**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

KATHERINE EVANS,

                      Plaintiff,

    - v -                                              Civ. No. 8:13-CV-447
                                                                         (DJS)

CAROLYN COLVIN, *Comm'r of Soc. Sec.*,

                      Defendant.

**DANIEL J. STEWART**
**United States Magistrate Judge**

## ORDER

In accordance with the Second Circuit Mandate, entered June 9, 2016, this matter is hereby **REMANDED**, pursuant to Sentence Four of 42 U.S.C. § 405(g), to the Commissioner of Social Security in order to evaluate Evans's disability claim consistent with the controlling law identified in the Second Circuit decision.

**SO ORDERED**.

Date:   July 14, 2016
           Albany, New York

_____
Daniel J. Stewart
U.S. Magistrate Judge